IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARRIE YOUSE and MARK YOUSE, w/h | : | CIVIL ACTION |
| Plaintiffs, | : | NO. 2:18-cv-03578-MMB |
| v. | : | |
| JOHNSON & JOHNSON, *et al.*, | : | ASBESTOS CASE |
| Defendants. | : | JURY TRIAL DEMANDED |

## ORDER

**AND NOW,** on this 1ST day of October, 2018, upon consideration of the Uncontested Motion of Defendant, Imerys Talc America, Inc., for an Extension to file an Answer or Present Other Defenses or Objections to the Amended Complaint, and any response thereto, it is hereby **ORDERED** and **DECREED** that Defendant's Motion is **GRANTED**. Defendant Imerys Talc America, Inc., shall have until October 11, 2018, to file an answer or present other defenses or objections to the Amended Complaint.

*Michael M. Baylson* s/mmb
Michael M. Baylson, J.

12061760-1