# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YOUSE & YOUSE<br><br>v.<br><br>JOHNSON & JOHNSON, ET AL. | CIVIL ACTION<br><br>NO. 18-3578 |

## ORDER RE: MOTION TO DISMISS

AND NOW, this 16th day of January, 2019, upon consideration of Plaintiffs' Motion to Remand (ECF 7), Defendants' response thereto (ECF 13 & 16), and Defendant Imerys's Motion to Dismiss (ECF 21), Plaintiffs' response thereto (ECF 22) and Defendant Imerys's reply thereto (ECF 24), and for the reasons set out in the accompanying Memorandum, it is hereby ORDERED that:

1. Plaintiffs' Motion to Remand is DENIED; and
2. Defendant Imerys's Motion to Dismiss is DENIED.

BY THE COURT:

**/s/ Michael M. Baylson**
Michael M. Baylson, U.S.D.J.